FILED
December 18, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001010419

Law Offices of
**BRET R. ROSSI**
State Bar #114569
2214 U Street
Sacramento, California, 95818
voice 916-442-6200
fax 916-739-1057

Attorney for Creditor,
William Corbett

**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

In re:

Ernesto Diaz dba Valley Diaz Construction & Development; fdba Valley Diaz Barba construction; fdba Diaz & Sons, Inc

Debtor.

Case No 07-28426-C-11

**REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST**

Pursuant to the provisions of Bankruptcy Rule 2002(g), the LAW OFFICES OF BRET R ROSSI hereby requests that (1) all matters which must be noticed to creditors, any creditors' committee and other parties in interest, whether sent by the court, the debtor, or any other party on this case, be sent to the undersigned, and that the following address be added to the court's master mailing list:

Law Offices of Bret R. Rossi
2214 U Street
Sacramento, CA 95818-1728

DATED: December 17, 2007 LAW OFFICES OF BRET R. ROSSI

By [signature]
Bret R. Rossi
Attorney for William Corbett