2

RICHARD J. HANF, TRUSTEE
PO BOX 6499
NAPA, CA 94581
(707) 251-0610

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re

ERNESTO DIAZ,

     Debtor.

Case No.   07-28426-C-7

DCN:     DNL– 15

TRUSTEE'S REPORT OF SALE,

PURSUANT TO BANKRUPTCY RULE 6004 (f)(1)

TO THE HONORABLE CHRISTOPHER M. KLEIN, CHIEF UNITED STATES

BANKRUPTCY JUDGE:

On March 4, 2010, RICHARD J. HANF, ("Trustee") sold the real property commonly

described as 1026 Benicia Road, Vallejo, California, to Karmel Toor and Gurmit Toor. The sale

price was $87,500.00. The net proceeds to the bankruptcy estate from the sale are $70,790.81. A

copy of the Seller Final Closing Statement is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

Executed on March 12, 2010 at Napa, California.

_____
RICHARD J. HANF
CHAPTER 7 TRUSTEE

# Fidelity National Title Company

2480 Hilborn Road, Suite 101, Fairfield, CA 94534
707 429-9990 • FAX 707 428-0201

**DATE:** March 9, 2010
**ESCROW NO.:** 09-236786-BE
**LOCATE NO.:** CAFNT0948-0948-0001-0000236786
**ESCROW OFFICER:** Brenda Eddy

**TIME:** 10:12 AM

**CLOSING DATE:** March 4, 2010

## SELLER FINAL CLOSING STATEMENT

**SELLER:** Bankruptcy Estate of Ernesto Diaz Case No. 07-28426-C-7
**BUYER:** Karmel Toor and Gurmit Toor
**PROPERTY:** 1026 Benicia Road, Vallejo, CA 94591

| | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| Total Consideration | | 87,500.00 |
| New 1st Trust Deed to null | 37,500.00 | |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Prepaid County Taxes at $496.35 Semi-Annual from 3/4/2010 to 7/1/2010 | | 322.63 |
| **TITLE CHARGES:** | | |
| County Transfer Tax | 96.25 | |
| **ESCROW CHARGES:** | | |
| Draw Deed | 50.00 | |
| Notary Fees | 10.00 | |
| **COMMISSIONS:** | | |
| Listing Brokers Commission to Ethos Real Estate Alliance 5.00% | 4,375.00 | |
| **MISCELLANEOUS:** | | |
| Vallejo Sanitation and Flood Control for Utility demand to 2/26 + $1.35 to 3/4 | 556.93 | |
| Recology Vacaville Solano for Utility demand | 396.82 | |
| Richard J. Hanf, Trustee for the Bankruptcy Estate of Ernesto Diaz Case No. 07-28426-C-7 for Sellers Proceeds | 33,290.81 | |
| Solano County Tax Collector for 1st Ins. 2009/10 including penalty 0071-250-310 | 1,033.01 | |
| Solano County Tax Collector for 2nd inst. 2009/2010 0071-250-310 | 939.10 | |
| Solano County Tax Collector for delinquent taxes 0071-250-310 | 9,574.71 | |

BALANCE DUE ESCROW

| TOTALS | $87,822.63 | $87,822.63 |
|---|---|---|

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

EXHIBIT A