J. RUSSELL CUNNINGHAM, State Bar #130578
ERIC R. GASMAN, State Bar #260639
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Richard J. Hanf
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re:

ERNESTO DIAZ,

Debtor.

Case No. 07-28426-C-7
Chapter 7

DCN: DNL-18

Date: August 3, 2010
Time: 9:30 a.m.
Place: Dept. C, Courtroom 35
501 I Street, 6th Floor
Sacramento, CA. 95814

## MOTION FOR TURNOVER OF MEXICO PROPERTY

Chapter 7 Trustee RICHARD J. HANF, ("Trustee"), hereby moves for an order compelling the debtor, ERNESTO DIAZ, to turnover to Trustee real property consisting of a 30' x 200' lot and improvements located in the Santa Marta Rancho, Jalostotilan, Jalisco, Estados Unidos de Mexico ("Mexico Property"), and related in rem rights, including the escritura publica ("Deed"). In support thereof, it is respectfully represented that:

1. The above-captioned bankruptcy case was commenced on October 10, 2007 by the filing of a voluntary Chapter 11 petition, and converted to Chapter 7 on October 14, 2008. Trustee has served as trustee for the debtor's estate since August 5, 2008.

2. On July 30, 2009, the debtor's discharge was denied, based on repeated failure and refusal to abide by his duties of disclosure and cooperation.

3. From November 2, 2009, based on disobedience of an order for turnover of estate

1

property, the debtor was placed into custody until the contempt was purged five days later.

4. On the petition date, the debtor owned, but failed to schedule, the Mexico Property located near Guadalajara, which was purchased about 8 years ago for $50,000 and subsequently fixed up.

5. On April 26, 2010, Trustee sent a letter to the debtor's counsel demanding turnover of the Mexico Property and Deed by May 5, 2010.

6. To date, there has been no response from the debtor or his counsel.

**TURNOVER IS APPROPRIATE**

The Mexico Property and Deed are property of the debtor's bankruptcy estate. 11 U.S.C. Section 541(a)(1). Since these assets are not of inconsequential value or benefit to the estate, the debtors and their agents are obligated to deliver to Trustee, and account for, such property or the value of such property. 11 U.S.C. Section 542(a).

**TURNOVER IS NECESSARY**

Trustee has a duty to preserve estate assets. The Mexico Property and Deed are extremely valuable.

WHEREFORE, Trustee prays that the motion be granted, and for such other and further relief as is necessary and proper.

Dated: June 28, 2010    DESMOND, NOLAN, LIVAICH & CUNNINGHAM

By: _____

J. RUSSELL CUNNINGHAM
Attorneys for Richard J. Hanf, Chapter 7 Trustee