FILED
November 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003054238

J. RUSSELL CUNNINGHAM, State Bar #130578
ERIC R. GASMAN, State Bar #260639
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Richard J. Hanf
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ERNESTO DIAZ,<br><br>Debtor. | Case No. 07-28426-C-7<br>Chapter 7<br><br>DCN: DNL-20<br><br>Date: December 7, 2010<br>Time: 9:30 a.m.<br>Place: Dept. C, Courtroom 35<br>501 I Street, 6th Floor<br>Sacramento, CA. 95814 |

**NOTICE OF HEARING ON MOTION TO APPROVE SALE OF PROMISSORY NOTE**

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD.

**PLEASE TAKE NOTICE** that on December 7, 2010, at 9:30 a.m., in Department C of the above-captioned court, located at 501 I Street, 6th Floor, Sacramento, California, Chapter 7 Trustee RICHARD J. HANF ("Trustee"), will and hereby does move for authority to sell the balance of a 20-year installment note in the amount of $200,000, secured by a Deed of Trust against the real property commonly known as 1 & 11 Benicia Road, Vallejo, California, Solano County APN 0059-032-160 ("Note"), to the borrowers, Inderjit Singh and Varinder Kaur, for $16,000.

The Motion is based upon this Notice of Hearing; the Motion, the Declaration of Trustee and Exhibits filed herewith; all pleadings and papers on file in this action; and upon such other matters as may be presented to the Court at the time of the hearing.

Reference to the Motion is suggested for more detail. A copy may be obtained from the

Desmond,
Nolan, Livaich &
Cunningham
1830 15th Street
Sacramento, CA
95811
(916) 443-2051

1

Bankruptcy Court whose address appears below.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your view on the Motion, then at least *fourteen calendar days* before the hearing on December 7, 2010, you or your attorney must file your response explaining your position at:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
501 I Street, 3rd Floor
Sacramento, CA 95814

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it fourteen calendar days prior to December 7, 2010.

You must also mail a copy to:

The Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Richard J. Hanf, Chapter 11 Trustee
c/o Desmond, Nolan, Livaich & Cunningham
1830 15th Street
Sacramento, CA 95811

You or your attorney must also appear at the hearing at the time and place noted above. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion remove the matter from the calendar and resolve it, including granting Trustee's request, without oral argument.

Dated: November 4, 2010

DESMOND, NOLAN, LIVAICH & CUNNINGHAM

By: _____
J. RUSSELL CUNNINGHAM
Attorneys for Richard J. Hanf
Chapter 7 Trustee

2